IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLAUDETTE RICHARDS,<br><br>  Plaintiff,<br><br>v.<br><br>GASTONE MOUNTAIN SNF, LLC,<br><br>  Defendant. | Civil Action No.:<br><br>1:21-cv-2607-WMR |

### ORDER

Due to Defendant GAStone Mountain SNF, LLC's failure to appear to defend this lawsuit, Plaintiff's Motion to Enter a Default Judgment against Defendant pursuant to Fed. R. Civ. P. 55(b)(2) is **GRANTED**. Judgment shall be entered in favor of Plaintiff for unpaid wages in the amount of $41,472.00 and liquidated damages in the amount of $41,472.00 for a total judgment of $82,944. Plaintiff shall submit her petition for attorney's fees and costs of litigation in accordance with Federal Rule 54(d)(2)(B) and Local Rule 54.2(A)(2).

So **ORDERED** this 18th day of January, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE