# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CLAUDETTE RICHARDS,<br>            Plaintiff(s),<br><br>vs.<br><br>GASTONE MOUNTAIN SNF, LLC,<br>            Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:21-CV-2607-WMR |

## DEFAULT JUDGMENT

The defendant(s) GASTONE MOUNTAIN SNF, LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, William M. Ray, II, United States District Judge, by order of January 18, 2022, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff CLAUDETTE RICHARDS, recover from the defendant(s) GASTONE MOUNTAIN SNF, LLC, $41,472 for unpaid wages and $41,472 in liquidated damages for a total amount of $82,944.00.

Dated at Atlanta, Georgia this 18 day of January, 2022.

                                KEVIN P. WEIMER
                                CLERK OF COURT

                        By:   A.Michael
                                Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
January 19, 2022
Kevin P. Weimer
Clerk of Court

By: A.Michael
        Deputy Clerk